

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-22-00113-CV

## IN RE PAT GREEN AND THRELKELD
## & COMPANY INSURANCE AGENCY

_____

## Original Proceeding

## From the 249th District Court
## Johnson County, Texas
## Trial Court No. DC-C202100405

_____

## MEMORANDUM OPINION

_____

Relators Pat Green and Threlkeld & Company Insurance Agency sought to mandamus the trial court regarding rulings made on motions to transfer venue. By letter dated July 6, 2022, Green notified the Court that the parties had reached a settlement and would be dismissing the proceeding. No motion to dismiss has been filed.

By letter dated August 1, 2022, the Clerk of this Court requested a status report from Relators regarding the proposed dismissal and notified the parties that if no status report was received, within 7 days from the date of the letter, the proceeding would be dismissed. More than 7 days have passed, and no status report has been received.

Accordingly, this proceeding is dismissed. *See* TEX. R. APP. P. 42.3(b),(c).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Petition dismissed
Opinion delivered and filed August 17, 2022
[OT06]

